## UNITED STATES *versus* STEPHEN MACK, RICHARD SMYTH, RUFUS HATCH, DAVID C. McKINSTRY AND JOHN S. ROBY

JOURNAL ENTRIES (1823–26): *Journal 3:* (1) Prosecuting attorneys appointed *p. 439; (2) rule to assign errors *p. 451; (3) appointment as attorney declined *p. 455; (4) appointment as attorney declined *p. 458. *Journal 4:* (5) Judgment reversed MS p. 20; (6) continued MS p. 117.

PAPERS IN FILE: (1) Precipe for writ of error; (2) petition for writ of error; (3) bail bond in error; (4) writ of error, allowance, return; (5) copy of indictment; (6) assignment of errors; (7) list of 24 names; (8) list of 12 names.

*1822–23 Calendar,* MS p. 109.